UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    :
WARNER CHILCOTT COMPANY,            :
LLC,                                :
                                    :
            Plaintiff(s),           :   Civil Action No. 11-5048 (JAP)
                                    :
    v.                              :
                                    :
LUPIN LTD, et al.                   :
                                    :
            Defendant(s).           :
_____:
                                    :
WARNER CHILCOTT COMPANY,            :
LLC,                                :
                                    :
            Plaintiff(s),           :   Civil  Action No. 12-2928 (JAP)
                                    :
    v.                              :
                                    :
AMNEAL PHARMACEUTICALS,             :
LLC et al.,                         :   **JUDGMENT**
                                    :
            Defendant(s).           :
_____:

      This matter having been tried before the Court from October 7 through October 17, 2013, and the Court having heard testimony on behalf of plaintiff Warner Chilcott Company, LLC ("Plaintiff") and defendants Lupin Ltd, Lupin Pharmaceuticals, Inc., Amneal Pharmaceuticals, LLC, Amneal Pharmaceuticals of NY, LLC, Inc. (collectively, "Defendants"), and the Court having considered the record before it,

      IT IS ORDERED AND ADJUDGED, for the reasons set forth in the Court's Opinion dated January 17, 2014, that U.S. Patent No. 7,704,984 ("the '984 patent") is not invalid and Defendants infringe the '984 patent; and it is further

ORDERED that Judgment be entered in favor of Plaintiff and against all Defendants on all claims and counterclaims pending in these litigations; and it is further,

ORDERED that the effective date of any approval by the United States Food and Drug Administration of Defendants' ANDAs (No. 20-2982 and No. 20-3113) shall be a date that is not earlier than the expiration of the '984 patent, or any later expirations of exclusivity to which Plaintiff is or becomes entitled; and it is further,

ORDERED that Defendants and their officers, agents, attorneys, and employees, and those acting in privity or concert with them, and their successors and assigns, are enjoined from engaging in the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of products that are the subject of the above-mentioned ANDAs until the expiration of the '984 patent.

Dated this 17th day of January, 2014

/s/ Joel A. Pisano
Honorable Joel A. Pisano
United States District Court Judge